# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN CARLISLE, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1293 |
| | : | |
| NOVACARE REHABILITATION SERVICES, | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 14th day of July, 2025, upon consideration of Plaintiff Karen Carlisle's Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**